# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ezequiel Moya,<br><br>    Plaintiff,<br><br>    v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-03417-SHK<br><br>|**PROPOSED**| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND THREE HUNDRED AND 00/100 ($6,300.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 9/30/2024

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE